Norman Ray **GILBERT**, Respondent,

v.

Amy Michelle **GILBERT**, n/k/a Amy Michelle Whiteside, Appellant.

No. ED 101928

Missouri Court of Appeals, Eastern District, ***DIVISION THREE.***

Filed: January 26, 2016

Alan E. Freed, 165 N. Meramec Ave. Suite 110, Clayton, MO 63105, for Appellant.

Christine L. Freeman, 2440 Executive Dr., Suite 112, St. Charles, MO 63303, for Respondent.

Before Robert M. Clayton III, P.J., Robert G. Dowd, Jr., and Lawrence E. Mooney, J.

### ORDER

PER CURIAM.

Amy Michelle Gilbert, n/k/a Amy Michelle Whiteside ("Mother"), appeals the trial court's judgment granting Norman Ray Gilbert's ("Father's") objection to Mother's proposed relocation of the parties' minor children. Mother also appeals the trial court's calculation of Father's retroactive child support obligation and the trial court's order requiring Mother to pay

a portion of Father's attorney's fees. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).